IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA for the use and benefit of ASP ENTERPRISES, INC., <br><br>       **Plaintiff,** <br><br> vs. <br><br> **THE HANOVER INSURANCE COMPANY,** <br><br>       **Defendant.** | 8:16CV319 <br><br> ORDER |

This matter is before the court on the plaintiff's Notice of Dismissal (Filing No. 10). The plaintiff seeks to voluntarily dismiss further court action because the parties have resolved their dispute. Accordingly,

**IT IS ORDERED**:

The plaintiff's Notice of Dismissal (Filing No. 10) is granted and this case is dismissed. The parties shall bear their own costs.

Dated this 13th day of September, 2016.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge